IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01006-PSF-MJW

DAVID FRANCIS, derivatively and on
behalf of Nominal Defendant,
ALLOS THERAPEUTICS, INC.,

        Plaintiff,

v.

STEPHEN HOFFMAN,
MICHAEL E. HART,
DONALD J. ABRAHAM,
MARVIN E. JAFFE,
MICHAEL D. CASEY,
STEWART HEN AND
JONATHAN S. LEFF,

        Defendants.

and

ALLOS THERAPEUTICS, INC.,

        Nominal Defendant.

---

### ORDER RE: JOINT MOTION TO STAY DERIVATIVE CASE PENDING RESOLUTION OF MOTION TO DISMISS RELATED SECURITIES CASE

( Docket no. 8 )

THIS MATTER having come before the Court upon the Parties' Joint Motion to Stay Derivative Case Pending Resolution of Motion to Dismiss Related Securities Case, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the motion is GRANTED and that:

1.    The defendants' and nominal defendants' time to respond to the complaint, and all other proceedings in the case are deferred until the court rules on defendant's motion to

dismiss in the related securities action, *Noble Asset Management LLC v. Allos Therapeutics, Inc. and Michael E. Hart*, U.S. District Court for the District of Colorado, Case No. 04-cv-1030-RPM.

2. ~~The case management conference scheduled for August 25, 2005 will proceed as scheduled.~~ The Rule 16 Scheduling order entered by Magistrate Judge Watanabe on 8-31-05 is VACATED @

Dated this 1st day of September, 2005.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
~~United States District Court Judge~~

@ 3. The parties shall provide Magistrate Judge Watanabe and Judge Figa with a copy of Judge Matsch's order on the motion to Dismiss which is pending in case # 04-CV-1030-RPM within 5 Days upon Ruling by Judge Matsch.

4. This case is STAYED until Further order of Court.

-2-