IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01006-PSF-MJW

DAVID FRANCIS, derivatively and on behalf of Nominal Defendant, ALLOS THERAPEUTICS, INC.,

    Plaintiff,

v.

STEPHEN HOFFMAN,
MICHAEL E. HART,
DONALD J. ABRAHAM,
MARVIN E. JAFFE,
MICHAEL D. CASEY,
STEWART HEN, and
JONATHAN S. LEFF,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before the Court upon the Parties' Joint Motion for Voluntary Dismissal Without Prejudice (Dkt. # 30), and the Court being fully advised in the premises, it is hereby

ORDERED that the motion is GRANTED and this action is DISMISSED without prejudice, each party to bear its own costs and attorney's fees.

DATED: November 2, 2005

                                                      BY THE COURT:

                                                      *s/ Phillip S. Figa*
                                                      _____
                                                      Phillip S. Figa
                                                      United States District Judge